John T. Wendland
Nevada Bar No. 7207
W&D LAW, LLP
861 Coronado Center Dr., Suite 231
Henderson, NV 89052
Telephone: (702) 314-1905
jwendland@WDLaw.com
Attorney for Defendant
REV RECREATION GROUP, INC. dba
MIDWEST AUTOMOTIVE DESIGNS,
a company incorporated in the state of Delaware

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIGNATURE AUTO GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> REV RECREATION GROUP, INC. dba MIDWEST AUTOMOTIVE DESIGNS, a company incorporated in the state of Delaware; and DOES 1-X and ROES 1-X, <br><br> Defendant. | Case No.: 2-21-cv-01996-JCM-DJA <br><br> **STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br> **(First Request)** |

Plaintiff Signature Auto Group, Inc. and Defendant Rev Recreation Group, Inc., by and through their undersigned counsel, hereby agree to an extension of Defendant's deadline to answer or otherwise respond to Plaintiff's First Amended Complaint (Dkt. 5), up to and including February 11, 2022. In support of this motion, the parties state the following:

1. Plaintiff filed its Complaint on November 2, 2021, alleging claims for federal trademark infringement, federal unfair competition, deceptive trade practices, and common law trademark infringement and unfair competition, but Plaintiff did not serve the Complaint on Defendant. (*See* Dkt. 1.)

2. On December 15, 2021, Plaintiff filed its First Amended Complaint to correctly identify the Defendant. (*See* Dkt. 5.) Plaintiff served the First Amended Complaint on Defendant on

{01948168;1}                                               1

December 21, 2021.

3. On January 3, 2022, counsel for Defendant conferred with counsel for Plaintiff and requested a 30-day extension of time in which to answer or otherwise respond to the First Amended Complaint, up to and including February 11, 2022, which Plaintiff agreed to.

4. The requested extension will permit Defendant's counsel the opportunity to assess the claims presented in the First Amended Complaint and defenses. The extension is not intended to, and will not, delay the action or cause prejudice to any party.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court grant this motion, extending the time to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including February 11, 2022.

Stipulated and agreed to on January 10, 2022 by:

| FISHERBROYLES, LLP | W&D LAW, LLP |
|---|---|
| /s/ Rob L. Phillips | /s/ John T. Wendland |
| Rob L. Phillips<br>Nevada Bar No. 8225<br>5670 Wilshire Blvd., Suite 1800<br>Los Angeles, CA 90036<br>(702) 518-1239<br>Rob.phillips@fisherbroyles.com<br>*Attorneys for Plaintiff* | John T. Wendland, Nevada Bar No. 7207<br>861 Coronado Center Drive<br>Suite 231<br>Henderson, NV 89052<br>Telephone: 702.314.1905<br>Facsimile: 702.314.1909<br>jwendland@W&DLaw.com<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 11, 2022

{01948168;1}  2