ROB L. PHILLIPS
Nevada Bar No. 8225
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
(702) 518-1239
Rob.phillips@fisherbroyles.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SIGNATURE AUTO GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REV RECREATION GROUP, INC. dba MIDWEST AUTOMOTIVE DESIGNS, a company incorporated in the state of Delaware; and DOES 1-X and ROES 1-X,<br><br>Defendant. | Case No.: 2:21-cv-01996-JCM-DJA<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES** |

**WHEREAS** on November 2, 2021, Plaintiff, SIGNATURE AUTO GROUP, INC., ("Plaintiff") filed its Complaint for Federal Trademark Infringement, Federal Unfair Competition, Deceptive Trade Practices and Common Law Trademark Infringement and Unfair Competition against MIDWEST AUTOMOTIVE DESIGNS and REV GROUP, INC.;

**WHEREAS** on December 15, 2021, pursuant to Fed. R. Civ. Pro. 15(a)(1), Plaintiff filed its first amended Complaint for Federal Trademark Infringement, Federal Unfair Competition, Deceptive Trade Practices and Common Law

STIPULATION AND ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT

1

Trademark Infringement and Unfair Competition against Defendant REV RECREATION GROUP, INC. dba MIDWEST AUTOMOTIVE DESIGNS in place of MIDWEST AUTOMOTIVE DESIGNS and REV GROUP, INC;

**WHEREAS** on December 21, 2021, Plaintiff served its first amended Complaint for Federal Trademark Infringement, Federal Unfair Competition, Deceptive Trade Practices and Common Law Trademark Infringement and Unfair Competition on Defendant REV RECREATION GROUP, INC. dba MIDWEST AUTOMOTIVE DESIGNS;

**WHEREAS** counsel for Plaintiff and counsel for Defendant agree that claim 1 for Federal Trademark Infringement of the First Amended Complaint is premature since Plaintiff does not yet own a Federal Trademark registration for the asserted trademark;

**WHEREAS** Plaintiff seeks to file its Second Amended Complaint for Damages, which removes claim 1 for Federal Trademark Infringement; and

**WHEREAS** a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as Exhibit 1:

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file its Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit 1; and

2. Defendant's responsive pleading shall be due twenty (20) days after the Second amended Complaint is filed.

STIPULATION AND ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT

2

DATED this 24TH day of January 2022.

**FISHERBROYLES, LLP**

/s/ Rob L. Phillips

---

ROB L. PHILLIPS, ESQ.
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
(702) 518-1239
rob.phillips@fisherbroyles.com
*Attorneys for Plaintiff*


**W&D LAW, LLP**

/s/ John T. Wendland

---

JOHN T. WENDLAND
861 Coronado Center Dr., Suite 231
Henderson, NV 89052
jwendland@wdlaw.com
*Attorneys for Defendant*

STIPULATION AND ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT

3

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, SIGNATURE AUTO GROUP, INC., is granted leave to amend to file its Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit 1.

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due twenty (20) days after the Second Amended Complaint for Damages is filed.

IT IS SO ORDERED.

Dated: January 25, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

ROB L. PHILLIPS
Nevada Bar No. 8225
FISHERBROYLES, LLP
5670 Wilshire Blvd., Suite 1800
Los Angeles, California 90036
(702) 518-1239
Rob.phillips@fisherbroyles.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIGNATURE AUTO GROUP, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REV RECREATION GROUP, INC. dba MIDWEST AUTOMOTIVE DESIGNS, a company incorporated in the state of Delaware; and DOES 1-X and ROES 1-X,<br><br>Defendant. | Case No.:  2:21-cv-01996-JCM-DJA<br><br>**SECOND AMENDED COMPLAINT**<br><br>**1.   FEDERAL UNFAIR COMPETITION;**<br><br>**2.   DECEPTIVE TRADE PRACTICES; AND**<br><br>**3.   COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION.** |

## **COMPLAINT FOR DAMAGES**

Plaintiff, Signature Auto Group, Inc. ("SIGNATURE"), a Nevada corporation ("Plaintiff"), files this Complaint for damages, injunctive relief and demand for a jury trial against REV RECREATION GROUP, INC. dba MIDWEST AUTOMOTIVE DESIGNS ("REV") a company incorporated in the state of Delaware and alleges as follows:

## **PARTIES**

1.   SIGNATURE is a Nevada corporation with a principal place of business at 2756 N. Green Valley Pkwy. #197, Henderson, NV, 89014.

2.   Upon information and belief, REV is a company incorporated under the laws of the state of Delaware with a principal office located at 1031 US 224 E, Box 31, Decatur, Indiana 46733.

SECOND AMENDED COMPLAINT

1

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this trademark infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a)-(b), involving violations of the Lanham Act, 15 U.S.C. §1051 *et seq*.

4. This Court has personal jurisdiction over REV because it does business in this district and jurisdiction via its one more dealers located in Southern Nevada. By way of example, Van City RV of Las Vegas located at 6385 Arville St., Las Vegas, NV 89118, is an authorized dealer of REV.

5. This Court has personal jurisdiction over REV because it does business in this district and jurisdiction via its one more parts warehouses located in Nevada. By way of example, REV operates an RV parts store located at 920 Kleppe Lane, Sparks, Nevada 89431.

6. Venue is proper in the unofficial Southern Division of this judicial district under 28 U.S.C. §§ 1391(b)-(c) because, among other reasons, Defendant does business within this district and offers its services in this district in a manner that infringes upon Plaintiff's trademark rights. In addition, Plaintiff has suffered harm in this district, and a substantial part of the events and omissions giving rise to this action and claims asserted herein occurred in this judicial district.

## BACKGROUND

7. Since 2011, SIGNATURE has operated a business undertaking vehicle customization, manufacturing and sales of customized vehicles. In part, SIGNATURE has been customizing Sprinter vans manufactured by Mercedes Benz since 2011. (See, Exhibit 1). The customization of Mercedes Benz Sprinter vans comprises primarily upgrading the interior of substantially stock new and/or used Sprinter vans acquired from Mercedes Benz or elsewhere. Often times, the purchaser of the Mercedes Benz Sprinter van directs SIGNATURE regarding the types of upgrades desired and SIGNATURE undertakes the upgrades. Other times, SIGNATURE acquires the Sprinter van itself, upgrades the same pursuant to its own desires and seeks to sell the customized Sprinter van namely as a "Signature Sprinter".

SECOND AMENDED COMPLAINT

2

8. Since 2011, SIGNATURE has provided its vehicle customization, manufacturing and sales services under the mark Signature. SIGNATURE owns U.S. Federal Trademark Application No. 90/690620 for "Signature" dated May 5, 2021. ("Plaintiff's Mark"). Plaintiff's Mark covers services comprising aftermarket customization of cars, trucks, limousines and vans. (See, Exhibit 2).

9. Defendant has been using the term Signature to promote its own vehicle customization services including those for Mercedes Benz Sprinter vans. Such promotion is accomplished via one or more websites including via the links https://midwestautomotivedesigns.com/ and https://midwestautomotivedesigns.com/luxury-vans/signature-custom-conversion-sprinter-van/. (see, Exhibit 3).

10. On or about June 4, 2021 Plaintiff sent a notice letter to REV regarding its concern for Defendant's use of the Signature term. (see, Exhibit 4). On or about July 15, 2021, Defendant responded to the notice letter through its counsel indicating it did not believe the use of Signature supported a claim. (see, Exhibit 5).

## COUNT I – FEDERAL UNFAIR COMPETITION
**Federal Unfair Competition in
Violation of Section 43(a) of the Lanham Act**

11. Paragraphs 1 through 10 are incorporated herein by reference.

12. Defendant's unlawful use of Plaintiff's Mark unfairly competes with Plaintiff's Mark in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a). Defendant has willfully and deliberately used in commerce words, terms, names, and/or false designations of origin that are likely to cause confusion and mistake as to the origin, sponsorship, or approval by Plaintiff of goods distributed and services rendered and promoted by Defendant.

13. Defendant's unlawful conduct as set forth herein has been and continues to be willful, deliberate and in bad faith.

14. Defendant's actions have caused and continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law. Unless enjoined, Defendant will continue its wrongful actions, further injuring Plaintiff and confusing the public.

SECOND AMENDED COMPLAINT

3

15. Plaintiff has suffered damages as a result of Defendant's unfair competition actions.

## COUNT II – DECEPTIVE TRADE PRACTICES
**Deceptive Trade Practices in Violation of NRS § 598.0915**

16. Paragraphs 1 through 15 are incorporated herein by reference.

17. Defendant's intentional, willful and unlawful use of Signature constitutes a violation of NRS § 598.0915 in that Defendant knowingly made false representations as to affiliation, connection and/or association with Plaintiff by using Signature and otherwise engaging in deceptive trade practices.

18. Defendant's unlawful conduct as set forth herein has been and continues to be willful, deliberate and in bad faith.

19. Defendant's actions have caused and continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law. Unless enjoined, Defendant will continue its wrongful actions, further injuring Plaintiff and confusing the public.

20. Plaintiff has suffered damages as a result of Defendant's deceptive actions.

## COUNT III – COMMON LAW TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION

21. Paragraphs 1 through 20 are incorporated herein by reference.

22. By virtue of having used and continuing to use of Plaintiff's Mark in commerce, Plaintiff has acquired common law trademark rights in Plaintiff's Mark.

23. Defendant's intentional use of Signature violates Plaintiff's rights and is likely to cause confusion, mistake, or deception among consumers who will believe that Defendant's goods and services originate from, or are affiliated with, or are endorsed by Plaintiff, when, in fact, they are not.

24. By virtue of acts complained herein, Defendant has intentionally caused a likelihood of confusion among the public and has unfairly competed with Plaintiff in violation of the common law of the State of Nevada.

SECOND AMENDED COMPLAINT

4

**FisherBroyles, LLP**
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
Telephone: (702) 518-1239

25. Defendant's unlawful conduct as set forth herein has been and continues to be willful, deliberate and in bad faith.

26. Defendant's actions have caused and continue to cause irreparable harm to Plaintiff, for which Plaintiff has no adequate remedy at law. Unless enjoined, Defendant will continue its wrongful actions, further injuring Plaintiff and confusing the public.

27. Plaintiff has suffered damages as a result of Defendant's common law infringement actions.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully seeks the following relief:

A. An order pursuant to 15 U.S.C. § 1116 enjoining and restraining Defendant, its agents, servants, employees, attorneys, and all persons in active concert or participation with any of them, from engaging in any of the following acts:

(i) using or registering the term Signature or any similar mark, in any manner involving of vehicle customization services, either alone or as part of any other elements, including any trademark, trade name, corporate name or domain name;

(ii) using any trademarks, trade dress, trade names or domain names that are confusingly similar to Plaintiff's Mark;

(iii) using the term Signature alone or in any combination of words, colors or symbols in any form or manner, including without limitation, in the marketing, promotion, advertising, identification, sale or distribution of vehicle customization services; and

(iv) unfairly competing with Plaintiff in any manner whatsoever;

B. An order requiring Defendant, pursuant to 15 U.S.C. § 1118 to destroy all literature, signs, labels, prints, packages, wrappers, containers, advertising materials, Internet content, stationery, software, and any other items in its possession or control that contain the term Signature or any other words or terms confusingly similar to Plaintiff's Mark, either alone or in combination with other words, colors, or symbols;

5

SECOND AMENDED COMPLAINT

C. An order awarding Plaintiff, pursuant to 15 U.S.C. § 1117: (1) disgorgement of Defendant's profits and advantages gained from Defendant's use of Signature; (2) all damages sustained by Plaintiff in an amount proven at trial; (3) treble damages; (4) the costs of this action; (5) reasonable attorney's fees; and (6) pre- and post-judgment interest as allowed by law;

D. An order awarding Plaintiff damages, reasonable attorney's fees, and injunctive relief pursuant to Nevada Revised Statute § 598.0915;

E. Entering judgment in connection with the asserted common law claims and/or as otherwise permitted by law, including, without limitation, injunctive relief and an award of damages in favor of Plaintiff in an amount to be determined;

F. An order requiring Defendant to immediately transfer to Plaintiff any domain names involving the Signature term; and

G. Awarding such other and further relief as the Court deems just and proper.

DATED this 24th day of January 2022.

Respectfully submitted,

**FISHERBROYLES, LLP**

/s/ Rob L. Phillips

ROB L. PHILLIPS, ESQ.
5670 Wilshire Blvd., Suite 1800
Los Angeles, CA 90036
(702) 518-1239
rob.phillips@fisherbroyles.com
*Attorneys for Plaintiff*

SECOND AMENDED COMPLAINT

6